**United States District Court**
For the Northern District of California

1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8

9

10   MICHAEL SERGER,

11                 Plaintiff,                    No. C 08-5090 PJH (PR)

12       vs.                                     **ORDER OF DISMISSAL**

13   SUTTER COUNTY MENTAL HEALTH,
     et al.,

14

15                 Defendants.
     _____/

16

17        This is a civil rights case filed pro se by a patient at Napa State Hospital.  Mail that

18   the clerk sent to plaintiff at his last known address has been returned by the post office as

     undeliverable.  Plaintiff has not provided  a current mailing address.

19
          More than sixty days have passed since the mail was returned.  This case is

20
     **DISMISSED** without prejudice.  *See* Local R. 3-11(b).

21
          **IT IS SO ORDERED.**

22
     Dated: February 6, 2009.                    _____

23                                               PHYLLIS J. HAMILTON
                                                 United States District Judge
24

25

26

27

28   G:\PRO-SE\PJH\CR.08\SERGER5090.DSM-mail.wpd